# UNITED STATES DISTRICT COURT
for the
District of Oregon

Portland Division

FILED 29 JAN '24 13:34USDC-ORP

Gus who Marshall, et al.

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Calif., u!.gov et al.

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:24-CV-196-AR
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Gus Who Marshall
Street Address: 327 Blossom Valley Da
City and County: Los Gatos CA
State and Zip Code: Calif
Telephone Number: 360 836-7409
E-mail Address: i800guswho@yahoo.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1
  Name: STATE of Calif.
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Valley Water (state/owned company)
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Los Gatos (Town)
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: U.S. Gov. (FBI)
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question        [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*1443 & RICO act*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _class action case_, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _Prophetic Dreamer_, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _Government(s)_, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

The defendant, *(name)* ___Governments___, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

People (childrens lives) & Property To Be determind

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Injunction at this time

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Read Complaint

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/29/24

Signature of Plaintiff

Printed Name of Plaintiff  Tevis R Ignacio

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Gus Who Marshall, et. al.**  **Case No.**
**Plaintiff's**

**V.**  **CLASS ACTION COMPLAINT**

**STATE OF CALIFORNIA, et. al.**  **JURY DEMANDED!**
**Defendants**

_____/

**"Horrified"** is the word that you should feel and act on as you read through this lawsuit!

This Class Action lawsuit is in the beginning state of being filed and is gaining traction to give such situation(s) at hand momentum, and any kind of "agreement" is too early to determine at this stage in which "government(s)":go wrong, and are sued as filed under "RICO" (Racketeering Influenced, and Corrupt Organization) - *Note 1.

The Plaintiff name in above caption title, "Gus Who Marshall" is used because Gus Who the person who believes in the right to remain anonymous in such kind of action, declare that his Grandfather, whose last name was Marshall and worked for PG&E in management position for 30 years stated in a dream to "Tell his buddies" about this subject matter, as Gus Who has filed such class action lawsuit before against "defendants" whom plaintiff believes is in a wrong.

This is why "JURY DEMANDED" is check, given State and Federal Judges dismiss such suits to cover up abuse or criminal activity as such may be at hand, given this subject matter by defendant(s) is being presented.

Gus Who has and is taking full responsibility from the start by, State of California owned "Valley Water District," Legal Notices that have been sent concerning "PG&E easement and concerns that were an ongoing issue prior to their date of Jan. 24, 2023, due to "Flooding to properties"

Gus Who is a retired "General Contractor" and does not claim "residency in the State of California" given his history of government(s) abuses, but yet spent time with his brother, who did not play a significant part of such argument/ fight needed to take on such corrupt government(s), as described now as a land grab on PG&E easement properties ... as Gus Who helped maintain the "easement" clean up over the 25 plus years that his brother bought that backs up to the easement in question that the Town of Los Gatos is trying to acquire to put a pedestrian pathway through instead of placing a sidewalk on Lynn Ave. and notified the Public in area about by mailed flyer "Council Chambers 10/18/23 Meeting"

Gus Who takes a position in this action as a "PG&E stockholders" bringing to the attention of like-minded investors that would believe "The Truth" as described in the following pages.

---

This notice will summarizes the proposed settlement. For the precise terms of the settlement, please see the settlement agreement that will be available at www._____.com (to be determine later) , by contacting class counsel at _____,(to be determined later) by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, [insert appropriate Court location here], between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.
PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

?)   OPT-OUTS—The notice should instruct class members who wish to opt out of the settlement to send a letter, setting forth their name and information needed to be properly identified and to opt out of the settlement, to the settlement administrator and/or the person or entity designated to receive opt outs. It should require only the information needed to opt out of the settlement and no extraneous information or hurdles. The notice should clearly advise class members of the deadline, methods to opt out, and the consequences of opting out.

?)   OBJECTIONS—Objections must comply with Federal Rule of Civil Procedure 23(e)(5). The notice should instruct class members who wish to object to the settlement to send their written objections only to the court. All objections will be scanned into the electronic case docket, and the parties will receive electronic notices of filings. The notice should make clear that the court can only approve or deny the settlement and cannot change the terms of the settlement. The notice should clearly advise class members of the deadline for submission of any objections.



Pacific Gas and Electric Company, incorporated in California in 1905, is one of the largest utility companies in the United States. Based in Oakland, the company is part of PG&E Corporation.

There are approximately 23,000 employees who carry out Pacific Gas and Electric Company's primary business—the transmission and delivery of energy. The company provides natural gas and electric service to approximately 16 million people throughout a 70,000-square-mile service area in northern and central California.

Pacific Gas and Electric Company and other energy companies in the state are regulated by the California Public Utilities Commission. The CPUC was created by the state Legislature in 1911. PG&E is one of six regulated, investor-owned electric utilities (IOUs) in California.

Plaintiffs-

Plaintiffs claim ownership of Easement in question as individual stockholders, and hold stock in company and seek support for the safety of children and homeowners properties, as well of an understanding to "Truth" in such ongoing disputes that may arise. As such suit is believed to rise to hold a stockholder meeting into keeping or selling such properties or transferring title of properties in question on a case by case basis, as "Land Grab" is the issue being brought up coming out of bankruptcy at this time from fires caused by trees coming down on power lines.

The author of this Class Action, having knowledge of building practices, believes such bankruptcy was forced on PG@E stockholders by the State of California as a scapegoat maneuver to move forward as PG&E sought 18% raise coming out of bankruptcy, and receive 13% increase approval in rates this year, as it seeks to cover cost of the reckless behavior by the State of California governing body knowing the condition at the time.

Defendants

State of California-
The Santa Clara Valley Water District was created by an act of the California Legislature, and operates as a state of California Special District, with jurisdiction throughout Santa Clara County is sued, claiming ownership of PG&E land in question, also is being sued for attempting to hold only property owners responsible and take advantage of them as impersonation is a crime. For example, Title 18, Chapter 43 of the US Criminal Code makes it illegal to do the following with the intent to disadvantage or defraud someone:

Impersonate a law enforcement officer or government employee.

Town/ Cities - Los Gatos, et al - Land grab from PG@E easement, et. al

## INTRODUCTION

On going issue of PG&E easement use in progress, as Gus Who brother bought a house that backed up to a gated part of PG&E easement about 27 years ago between Union Avenue and Pinehurst Avenue in Los Gatos, California. At that time Gus Who helped build a shed on easement property to help maintain PG&E easement, as PG&E has allowed to date and this lawsuit is not against PG&E. Gus Who claims no residency to any state, as he was homeless and has stayed with his brother over the years. There are two to three people that use easement, and "Gus Who and Santa Bob" (person looks like Santa that has permit from PG&E, where Gus Who could not get one due to change in PG&E policy)

Several years ago Gus Who brother was ordered to remove a row of plants by D.H. (Valley Water) claiming they owned PG&E land… Flooding Issue became a concern in 2022, and Gus Who, who was a General Contractor took it upon himself to address the issue with knowledge ahead of time that flood would occur to properties as easement is slopped in such way that water ponds.

January of 2023 Gus Who was raking up storm material and redirecting some dirt about ten inch higher to drain away from multimillions dollar properties to save PG&E from a possible lawsuit, when stopped by D.H. valley water employee who at the time saw Gus Who as a homeowner to my brother neighbor, and I said I was working to stop flooding to neighbors property and pointed out the facts, as property sits even with easement and it floods. D.H. complained about my brother encroachment on his land. As exchange is will document by both parties, and Gus Who filed complaints to several authority agencies to no avail. Only harassment to Gus Who, Brother and neighbors in legal documents by Valley Water claiming ownership of property, citied by Valley Water to brother as on-going "2nd notice" (2/2/23)

Gus Who took full responsibility for his part and the neighbors part even two houses down to a garden bed that Gus Who pointed out to D.H. (Valley Water personnel) for over 25 years and made that homeowner take it out, leavening another garden bed the same size, but one foot off of Valley Waters easement 15 feet off property line.

Valley Water repeatedly sent legal notices (3/24/23 - 4/20/23) to parties not in compliance to what Valley Water claims was their land, ("that Valley Water owns the area adjacent to your property") and when questioned .. and told about flood issue and seeking a flood expert to come and investigate, other than D.H. as complaints where being filed and he was also a part of the flood expert in the area… (Grandfather came to me in dream while this was going on) Gus Who put together a presentation about the flood issue (Castle and Moat) and informed some people / neighbors and PG&E, and even asked about getting a permit for the neighbors garden bed for growing a corn patch in that presentation, as Gus Who wants to make a home made movie - a field of dreams type …. As a high school teammate was a famous baseball player and it would be cool to have him come out of a corn field to teach a 6 year old kid how to play ball .. as that ball player had died, but was brought back to life as a real angel.. but PG&E does not issue permits any more and stated they owned the land, as Gus Who had thought. As Dream was mentioned, and as things progressed to a point that Gus Who was about to file this kind lawsuit, and protect PG&E from a land grabber.. when another dream wants me to hold on… as a notice came about the Town of Los Gatos, walkway in easement in October… (more is said, but this is just a sample of abuse of state power)

## Evolving Current Situation Town of Los Gatos

Town of Los Gatos held what it claimed was a 10/18/23 Outreach Meeting Round One: Project Introduction as it mailed out to those 500 feet from easement projects known now as: "PINEHURST COMMUNITY GARDEN (831-4610) & Lynn Avenue Pedestrian Path Design (832-4510)" Town stated that PG&E owns property in question to this suit. (Lynn Avenue Pedestrian pathway)

Those that lived in area were against projects as about 20 people showed up and 6 spoke against projects and 2 for projects. As Traffic and Parking due to "Soccer Moms" and pick up and drop off point behind Union Middle School and Lynn Avenue way in to Alta Vista Elementary School. Lynn Avenue is the only street that does not have sidewalks. Gus Who stated at meeting mainly 2 people use PG&E easement (Santa Bob and Gus Who) as Gus who helped maintain property in question.

October 19, 2023 Valley Water legally notified Gus Who that property owners back up to easement are legally responsible for any action behind property - as Gus Who challenges this in this suit as a retired General Contractor looking out for the best interest of PG&E and community at large. Valley Water continues to harass my brother about the flood issue that Gus Who claims was and is needed.

October 24, 2023 Valley Water admitted that it does not own property in email to Gus Who brother, but still holds brother responsible for actions Gus Who stated was his and offered his house as a bond to such issues at hand to "valley water" as such court action is needed to resolve this dispute. (email both Valley Water and Town Planner as issue with flooding needs to be addressed.

December 7, 2023 Town meeting as 3 designs each presented for both projects. 2nd Round same outcome as neighborhood does not want projects but a group pushing for project. A couple question community survey was offered. People had to sign a "sign in sheet"

3/7

December 19, 2023 (was recorded) two groups and best described as "not in my backyard" as neighbors on Taft Avenue and beyond group up in favor and had created a Facebook page for projects, as explained by a co-author of project. As the local neighborhood wants things keep the same, and deal with traffic and parking in area.

Gus Who spoke out about not safe on Lynn Ave, as no sidewalks and kids and bikes mixed with cars that back up all the way down Lynn Ave, back up on Pinehurst Ave. and wrap around on Blossom Valley Dr.

As this is a quote from a Town Council member address this issue. 12/19/23

> **.. just I gave some of my ideas is just two more to me the path between Union and Pinehurst is is really a must when I lived on Pinehurst for 14 years and I would try to leave for work it was always a .. maybe amazed is not the right word, Horrified maybe a little more of, how crowded Lynn Avenue would be with Walkers and cars at the same time when kids are trying to get to school as mentioned there's congestion around Union Middle School so when both times that was you know before I actually ran for Council, both time I campaigned for Council in this area I got a lot of people particularly just the other side of Union Avenue whose kids had to cross Union Avenue telling me I need a safer way for my kids to get across Union and a safer way for.. for them to get down Lynn**

> **So ... my ninth year on the council now for many years I've been saying, you know talking to staff is there some way we can build sidewalks on Lynn to front.. to make it safer and I think it .. we determined it would be very difficult to get all the neighbors on one side to give up well.. staff always has to do both sides to give up enough land to create the .. the sidewalks so I think this is a really good solution to .. um sidewalk instead of sidewalks on on Lynn Avenue to making this a safer place for for kids to get them away from that traffic on Lynn Avenue that many parents told me that they were concerned about.. and then on the community garden**

The fact is that it's much more dangerous than ever as ... ? Not sure if San Jose or Town of Los Gatos but up pylons in front of Union Middle School so that kids can not be dropped off in front of school, sending most kids to be dropped off in back or side of school... WHICH HAS BECOME VERY DANGEROUS... I sent a 13 second video clip of such traffic problem and a very small child having to get to school dodging 3 cars in the middle of the street, that 3 moving vehicles are all trying to occupy that same section of street, as one was trying to pull into a driveway and could not, as the other 2 cars try to pass homeowner that stuck. It's insane!

As I believe this is important and told all of them of this lawsuit coming. As I believe my grandfather wants PG&E stockholders to weigh in. As I believe "California government railroad PG&E into bankruptcy as such property is shared by all parties in what most people believe is called, "Good neighbor policy" and such should be the case as my brother and I investigate what is happening. As Go back and forth between States on the west coast.

4/7

Valley Water on Dec. 28, 2023 sent another Legal notice to my Brother, which in turn has caused major problems between myself and my brother.
------------------ breaking news ------ hold everything--- WHAT ?? ----

I was about to file this Class action in the State of California on January 25 or 26 as I am traveling again, and having issues with a Class action about Social Security had me delay this filing, and now a "arrest warrant" from San Jose police department on me on some sort of faults charge by the state of California, given my history of challenging such powers. I now must put up a $5000 bond or rot in jail if caught in the state of California, as it's not the first time this has happened and believe this, like before is a way to blame me and put me in the hole.

I don't have $5000 as and have to try to get this in the nearest federal court in California that I am already having issue with corrupt Judges in California (9th Circuit Judges) about protecting Senior Citizens pensions.

This class action lawsuit is in the beginning stages, but believe the state of California would go to such lengths to maintain a fault's arrest warrant in these coming days to have these kind of class action dismissed. My Drivers License No. is Washington State and not California.

I am asking for an injunction against the state of California to stop harassing me, my brother for things I believe would show an abuse by Valley Water. Most of all I am asking that Children are protected with some sort of injunction as sidewalks should be on streets and not in PG&E easement, as it makes no sense that the majority of those that want a walkway in the PG&E easement in Los Gatos are just a couple blocks away and have the same PG&E easement that they can probably petition the City of San Jose and PG&E would be forced to give up land. As this lawsuit is about land grab give that PG&E is now coming out of bankruptcy and this issue has Town of Los Gatos backing a couple years ago, and even funding by the town in the tune of $35,000 and no one next to this easement was aware of this until notified last October.

I am willing to put up a bond against my "TRICON CONSTRUCTION" company house in Cupertino that the State of California stole as collateral and even a baseball card(s) that I believe are valuable, given time that children in danger of getting hit on or by Lynn Avenue as recorded at a town hall meeting describe by all parties. - They all want a safe place for children to walk and ride a bike to school, as LYNN AVENUE IS TOO DANGEROUS! 12/19/23

   Ask anybody with knowledge to this, as most of this (videos) was recorded and is on Los Gatos Town hall website and archives.. can't the federal government do something to protect school children because a Town can't?

   Also how can anyone protect themselves against Faults Arrest WARRANTS ISSUED, as I been charged with such charge before and could not afford to get out of jail, and I was framed in which people like me can not get a fair trial, due to such Judges in California MO.

   Gus who seeks an injunction order against the State of California, in connection to this new "arrest warrant" and DEMANDS A JURY TRIAL IN A FEDERAL COURT, based on whatever TRUMPED UP CHARGE THIS IS. (The only thing this could be has to do with the easement)



5/2

It appears that the FBI is also involved again and therefore is sued in this action as a "Hacker" for defendants which is part of the problem, just like last time as I bring up the same issue. Gus Who seeks an injunction order against Government (FBI or otherwise so called "secret") Agents following / tracking... as it has a very long history of.... and I'm not trying to press charges at this time, but there is plenty of witnesses that will testify too... and Gus Who Retired, but is being dragged back into this game.

---------------- Breaking news --- flash --- FBI is Caught ---------------

I declare under penalty of perjury of the Laws of the United States, with my history in California that I can not and have not received a fair trial, every since I was forced off property I bought off the city of Cupertino and built a home by police officers that served ex-parte Order, back in September of 1997, and then a faults arrest warrant came and leaving me, jailed ... homeless and broke to go through a criminal trial on this kind of charge and a charge by my ex-father in law .. then a civil trial in a divorce/ annulment, by a judge I disqualified with a 170.6 from the start of the divorce/ annulment period, and this judge weaponized law and placed me on a vexation litigation list for the State of California, and I've been abused ever since then, as I went underground and on the lamb .. been arrested in Cupertino and Los Gatos, due to this kind of "Arrest Warrant" that poor people can not get a fair trail at in the State of California. The FBI is not on the side, even now as it supports another trumped up charge to frame innocent people with such crimes.

1-25-24 [signature]

------------------

As stated this Class Action Lawsuit is in the beginning stage of being reported in which the Author for the Plaintiffs, seeking to save Children's lives from such bad actors who's "authority" is abusive or overreaching to that such criminal charges should be brought, as property and lives are in danger. As the initial intent was for PG&E stockholders (grandfather dream) but now exceed for a class action frame;

Individuals against corrupt people of the STATE OF CALIFORNIA as plaintiffs

vs

California that claim authority and clearly are on the side of evildoers . / (Title)

**As a PG&E representative, I seek for an investigation into easement matters and "Land Grab" issues for the best of company and the safety of children/ communities as hastily addressed.. as also someone on the run from defendants to control an outcome in their favor and charge or seek fines in use of such " utility land" that should also apply to this Avenue change to 'Santa Lynn' ..**

**The fact is that PG&E was railroaded by the State of California into bankruptcy when "California government bodies" ?. VALLEY WATER.. TOWNS.. CITIES.. any person claiming to be a part of authority figure for a state body.. et. al comes at any time claiming ownership or control of such "easements" ..**

6/7

Therefore this action covers PG&E stockholders from any liability issues when children are clearly in danger to being run over, as planned land grab issue of PG&E properties are in action by such parties that hold private corporations or individuals people accountable to government bodies abuses of laws and regulations

Attached are documents to ongoing issues of the Flooding concerns in easement, as once a licensed Contractor, I will testify and have experts if needed to prove that if I did not take action of flood protection of properties, PG&E would of been sued in a class action lawsuit to such properties, and hence this lawsuit for the protection of PG&E this suit is filed for relief need by the abuse of defendants in this land grab.

1/29/24

Please accept this baseball card to help resolve this issue.

See Exhibit A1- A6



7/7



# Valley Water

Clean Water • Healthy Environment • Flood Protection

*Neighbor only 1 Planter Box*

## Water Resources Protection Ordinance Issue

You may not be aware, but it appears that there is a potential violation on your property, and we need your help to remedy it:

[X] **Planter Boxes & Planted Vegetation**    Located: [X] **On Valley Water Easement**




*Easement line*

We understand that you may not be aware that Valley Water owns the area adjacent to your property. This notice is regarding an issue that may be a potential violation of the Water Resources Protection Ordinance (copy enclosed). This ordinance protects water resources managed by the Santa Clara Valley Water District by regulating modifications, dumping, erosion, entry, use or access to water district facilities and/or water district easements.

We're sure you share our concerns and agree that contamination of our creeks, dumping, impeding the flow of a creek or private use of public lands without a permit are urgent matters. It is important to note that Ordinance violations are a serious concern to the health and safety of the Santa Clara County streams and creeks and, because of these concerns, the Ordinance states that violations may be subject to penalty fees of up to $1,000/day for the length of the violation.

**NOTICE:** During a recent inspection of Valley Water easement, staff identified planted vegetation and planter boxes blocking access to Valley Water's easement located on your property at **319 Blossom Valley Dr.** Storing items on Valley Water's easement can prevent staff access for maintenance activities and may be a violation of the Water Resource Protection Ordinance.

We understand you may not be aware of this issue; however, we need your help to remedy the situation. Please remove the stored planted boxes and planted vegetation from Valley Water easement within 14 days of this notice to avoid further damage.

Please contact Daniel Hill at: 408-690-0369 or email: Dhill@valleywater.org to discuss your plan for remediation or to verify compliance. Thank you. (Please note: if we have spoken to you about this specific issue already, written notice is still standard protocol.)

Reference Case # __10720__    Date: __4/20/23__    Code Compliance Inspector: __DH__

You can access the Ordinance here: https://w...

*Exhibit A-1*

# Valley Water

Clean Water • Healthy Environment • Flood Protection

## Water Resources Protection Ordinance Issue

**FINAL NOTICE Re: Violation**

[X] **Storage, Digging and Drainage**    Located: [X] **On Valley Water Property**




We understand that you may not be aware that Valley Water owns the area adjacent to your property. This notice is regarding an issue that may be a potential violation of the Water Resources Protection Ordinance (copy enclosed). This ordinance protects water resources managed by the Santa Clara Valley Water District by regulating modifications, dumping, erosion, entry, use or access to water district facilities and/or water district easements.

We're sure you share our concerns and agree that contamination of our creeks, dumping, impeding the flow of a creek or private use of public lands without a permit are urgent matters. It is important to note that Ordinance violations are a serious concern to the health and safety of the Santa Clara County streams and creeks and, because of these concerns, the Ordinance states that violations may be subject to penalty fees of up to $1,000/day for the length of the violation.

**NOTICE:** Our records indicate that we mailed two Notices of Violation to your property at **327 Blossom Valley Dr** on 2/2/23, and 3/24/23 asking you level out the dirt and remove all items stored on Valley Water's easement. A third site visit revealed that the encroaching items remain on Valley Water easement, and the landscape has not been returned to its original condition.

Please contact Daniel Hill at: 408-690-0369 or Dhill@valleywater.org immediately to discuss your timeframe for rectifying this violation.

*This is your third and final notice.* <u>*If we do not hear from you by May 4, 2023, we will proceed with issuing a compliance order as outlined in Article 3.4.1 of the enclosed ordinance.*</u> *Thank you.*

Reference Case # __9943__  Date: __4/20/23__  Code Compliance Inspector: __DH__

You can access the Ordinance here: https://www.valleywater.org/sites/default/files/WRPO.pdf

Exhibit A-2

DocuSign Envelope ID: F57FAC7A-BF8C-4DD3-99DE-E18C59450592



Clean Water • Healthy Environment • Flood Protection

File: 28624
Almaden Valley Pipeline

August 16, 2023

~~Tracy~~ Ignacio
327 Blossom Valley Drive
Los Gatos, CA 95032

**SUBJECT**: Compliance Order

**Violation address:** 327 Blossom Valley Dr. (APN: 523-42-055)

**Violation date:** January 30, 2023

**Access Valley Water Case**: #9943

---

**TO THE PROPERTY OWNER AND ALL OTHER PERSONS HAVING ANY LEGAL INTEREST IN THE ABOVE-DESCRIBED PROPERTY LOCATED IN THE CITY OF SAN JOSE:**

An inspection of the property for which you are responsible has identified the following violations of the Santa Clara Valley Water District's Water Resources Protection Ordinance (WRPO):

### Section 2.2.1 Encroachment Permit Required

No person will do or cause to be done any Modification on or within a District Facility or District Easement, or use any such Facility or District Easement, unless an Encroachment Permit for the Modification and/or use has been issued and is in effect. An Encroachment Permit is not transferable unless its conditions provide otherwise.

### Section 3.2 Violation of Ordinance

The following are unlawful and constitute violations of this Ordinance:
A. Failure to comply with Sections 2.2.1 hereof.
B. Failure of a Permittee to comply with any condition of an Encroachment Permit.

### Violation:

On January 24, 2023, staff noticed a person conducting work on Valley Water easement behind your property. Staff approached the individual. The individual told us that he was digging on the easement to prevent flooding in the backyard of your residence as well

---

Exhibit A-3



**Valley Water**  Clean Water • Healthy Environment • Flood Protection

October 19, 2023

Tevis Ignacio
327 Blossom Valley Dr
Los Gatos, CA 95032

~~Dear Mr. Ignacio,~~

We received your letter dated October 2, 2023. And while we appreciate your concerns, Valley Water is obligated to correspond with the property owner of the parcel in question. In addition, it is the property owner's responsibility to remediate the encroachment.

Our records indicate that ~~Tracy L.~~ Ignacio is the owner of 327 Blossom Valley Drive where the violations are located, and so we will continue to address our correspondence to Tracy Ignacio.

Thank you,

*[signature]*

Debra Dake

**Valley Water**
Clean Water
Healthy Environment
Flood Protection

DEBRA DAKE
(Pronouns: she/her)
**Water Resources Protection**
SUPERVISING PROGRAM ADMINISTRATOR
Community Projects Review
ddake@valleywater.org
Office: 408.630.2893  Cell: 408.314.4331

Exhibit A-4

Santa Clara Valley Water District | 5750 Almaden Expressway, San Jose, CA 95118-3686 | (408) 265-2600 | www.valleywater.org



**Valley Water**   Clean Water • Healthy Environment • Flood Protection

File: 28624
Almaden Valley Pipeline

December 28, 2023

~~Tracy~~ Ignacio
327 Blossom Valley Dr
Los Gatos, CA 95032

Dear Mr. Ignacio,

We have received your letter dated August 23, 2023, in response to the Compliance Order that was mailed to you regarding the grade and drainage issues on your property and Valley Water's Notices of Violation. The plot of land behind your home is owned by PG&E. Valley Water retains an easement in this area which grants us the right to access and maintain Almaden Valley Pipeline, which runs through the easement. Considering that PG&E is the owner of this land, you will have to contact them to discuss the grade of said land and any overland drainage from their property onto your property. Valley Water's rights only allow us to operate and maintain our underground water supply pipeline.

Valley Water has no responsibility for the current drainage issues you describe. Private property storm water drainage is an issue between affected property owners. Valley Water provides flood risk reduction from creek flooding, in addition to providing drinking water supplies. As mentioned above, please contact PG&E, as the adjacent property owner, to discuss your concerns regarding the drainage issues you feel they have some responsibility for as it affects your property. The improvements you have made within the portion of PG&E's property encumbered by our easement, including many which are not related to drainage, are impacting Valley Water's ability to access, inspect, and maintain its water supply infrastructure.

As stated in the Compliance Order, you are required to **remove all rocks, inground plants, potted plants, irrigation, tarps, buckets, hay bales, tree rounds, and pavers from District easement, fill in the swale/trench, and restore the ground to original grade**. We have extended your compliance date to **March 30, 2024**. If these corrective steps are not completed by **March 30, 2024**, a hearing will be scheduled before the CEO and administrative penalties may begin to accrue in accordance with Section 3.4.6.

This issue has been discussed with both engineers and pipeline field staff, who are all in agreement that the above actions must be taken in order for staff to conduct maintenance inspections and emergency work along Almaden Valley Pipeline.

Exhibit A-5

Santa Clara Valley Water District | 5750 Almaden Expressway, San Jose, CA 95118-3686 | (408) 265-2600 | www.valleywater.org

*Hi, "opposition" friends -- this is my summary of the situation. Let us know what you think!*

*Jon Levitow*
*315 Blossom Valley C[t]*

3 Points in Opposition to the Community Garden and Pedestrian Pathway

1) "Why <u>this</u>?"

Looking into these issues, we have learned that these projects have been in the works since Sept. 2021, over two years. Clearly, what has happened is that folks have added one idea after another to the proposed plan: first, planters for gardeners, and then a social center, and a place for nature education ("native plants"), for art exhibits, and for collaboration with local native tribes (yes, this was proposed). All of these are beautiful ideas, but it's too much! What has resulted from this process is a fantasy nature center, unlike anything in Los Gatos, designed it would appear with little concern for the surrounding neighbors.

Let's start with the fundamental idea of planters for gardening: who are the residents of Los Gatos needing additional gardening space?

2) "Why <u>here</u>?"

In a big city, a "community garden" may provide welcome open space and reduce congestion. In our area, however, the result is sure to be the opposite: more people, more traffic, more human and animal noise – not to speak of various kinds of possible bad behavior, from drinking to lighting fireworks – located directly behind our back fences. Our area is already the focus of a lot of traffic and noise related to activities at Union Middle School. Living near the school, we bear our fair share of city congestion as it is, and it's outrageous to sandwich us between school activities on one side and these new parks on the other.

Why have the sections of the PG&E easement on either side of Pinehurst been chosen for this? Why not elsewhere on the easement – or further out of town? What did we do to deserve this honor?

3) "What about us?"

What about the simple argument that we don't want this? People chose to buy their homes and to stay here because they liked the area the way it is. Is it fair for the city or even for a group of neighbors to say, "Well, everything's going to change, now, whether you like it or not." I'm not a lawyer, but I believe that in legal terms, there's something called, "usage" rights, where an arrangement among various parties, even if it's not a legal contract, gets treated with a certain respect. Do we get any respect in this sense?

4) What options do we have, going forward? See other side of page.

*Exhibit A-p*