# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GUS WHO MARSHALL**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, UNITED STATES GOVERNMENT, VALLEY WATER, TOWN OF LOS GATOS**,<br><br>Defendants. | Case No. 3:24-cv-00196-AR<br><br>**JUDGMENT** |

Based on the Court's Order, ECF 18, **ADOPTING** Judge Armistead's F&R, ECF 9, **IT IS ADJUDGED** that Plaintiff's claims against Defendants are **DISMISSED** without leave to amend.

DATED this 11th day of April, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge